AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

UNITED STATES OF AMERICA,

                                                                                            JUDGMENT IN A CIVIL CASE

                    v.

SUZETTE M. WHITFORD,

                                                                  CASE NUMBER: CV-08-227-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff and against Defendant.

1. Judgment in the amount of $14,442.00 (principal False Claims amount of $8,942.00, plus a FCA penalty of $5,500.00); and

2. Post-judgment interest pursuant to 28 U.S.C.1960; plus

3. Post-judgment interest at the legal rate until paid in full.

| | |
|---|---|
| August 17, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Virginia Reisenauer |
| | *(By) Deputy Clerk* |
| | Virginia Reisenauer |